# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana E. Lowe, Administrator of the, Estate of Donna Lowe, | Civil No. 11-2293 (RHK/FLN) |
| Plaintiff, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| vs. | |
| SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, | |
| Defendant. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall **not** replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 11, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge